UNITED STATES DISTRICT COURT   **JS-6 REMAND**
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | CV 20-2115-DMG (PLAx) | Date | April 23, 2020 |
|---|---|---|---|

| Title | *Pedro Valdovinos v. Macys West Stores, Inc.* | Page | 1 of 1 |
|---|---|---|---|

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings:  IN CHAMBERS— ORDER REMANDING ACTION TO LOS ANGELES COUNTY SUPERIOR COURT**

On April 21, 2020, the Court approved the parties' stipulation to remand this action to Los Angeles County Superior Court upon the filing of Plaintiff's First Amended Complaint ("FAC"). [Doc. # 18.]  Plaintiff filed the FAC on April 22, 2020.  [Doc. # 19.]  Accordingly, this action is hereby **REMANDED** to Los Angeles County Superior Court.

**IT IS SO ORDERED.**